# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0826. KWANE DOZIER v. THE STATE.

Kwane Dozier pled guilty to murder and other offenses. In 2024, he filed several motions with the superior court, some of which the court construed as a habeas petition. The court dismissed his petition as untimely, and Dozier filed an appeal to this Court.

The Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). The Supreme Court also has exclusive appellate jurisdiction over all cases "in which a sentence of death was imposed or could be imposed[,]" Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8), such as murder. See OCGA § 16-5-1 (a), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring).

For these reasons, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  01/09/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*